1
2
3
4          UNITED STATES  DISTRICT COURT
5             Northern District of California
6
7    VIRGIL A. BAKER,
8              Plaintiff(s),                   No. C 09-05280 MEJ
9        v.                                    **ORDER OF REFERRAL**
     AEGIS WHOLESALE CORP.,
10
             Defendant(s).
11   _____/
12
13        On November 30, 2009, Plaintiffs in the above-captioned matter filed a Notice of Related

14   Case.  (Dkt. #13.)  As part of the notice, Plaintiffs requested that the undersigned magistrate judge

15   refer this matter to the Honorable Claudia Wilken, who is the presiding judge in an earlier-filed case

16   that Plaintiffs believe is related to the above-captioned matter.  Although Plaintiffs could have filed

17   a motion pursuant to Civil Local Rule 3-12(b), the Court shall grant their request.  Accordingly,

18   pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Claudia Wilken for the

19   purpose of considering whether it is related to the following case: *Amando Plascencia, et al. v.*

20   *Lending 1st Mortgage, et al.*, Case No. C 07-4485 CW.

21        **IT IS SO ORDERED.**

22
23   Dated: December 2, 2009
24                                             _____
                                              Maria-Elena James
25                                             Chief United States Magistrate Judge
26
27
28