| | |
|---|---|
| **BROWNE WOODS GEORGE LLP** <br> Eric M. George (SBN 166403) <br> egeorge@bwgfirm.com <br> Marcy Railsback (SBN 82918) <br> mrailsback@bwgfirm.com <br> Michael A. Bowse (SBN 189659) <br> Mbowse@bwgfirm.com <br> 2121 Avenue of the Stars, Suite 2400 <br> Los Angeles, CA 90067 <br> Phone: (310) 274-7100 <br> Fax:   (310) 275-5697 | |
| **ARBOGAST & BERNS LLP** <br> David M. Arbogast (SBN 167571) <br> darbogast@law111.com <br> Jeffrey K. Berns, Esq. (SBN 131351) <br> jberns@law111.com <br> 6303 Owensmouth Avenue, 10th Floor <br> Woodland Hills, California 91367-2263 <br> Phone: (818) 961-2000 <br> Fax:   (818) 936-0232 | **BROWNE WOODS GEORGE LLP** <br> Lee A. Weiss (*pro hac vice* app. pending) <br> lweiss@bwgfirm.com <br> Rebecca Tingey (*pro hac vice* app. pending) <br> rtingey@bwgfirm.com <br> 49 West 37th Street, 15th Floor <br> New York, New York 10018 <br> Phone: (212) 354-4901 <br> Fax:   (212) 354-4904 |

Attorneys for Plaintiffs and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| VIRGIL A. BAKER; CHARLES B. LOWERY and ELIZABETE LOWERY; and ELLANORE and DAVID LARGENT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AEGIS WHOLESALE CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC; COUNTRYWIDE HOME LOANS, INC., and DOES 3 through 100 inclusive, <br><br> Defendants. | CASE NO. 3:09-cv-05280-PJH <br><br> CLASS ACTION <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT AEGIS WHOLESALE CORPORATION** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby dismiss Defendant Aegis Wholesale Corporation from this action.

DATED: December 11, 2009

**BROWNE WOODS GEORGE LLP**

By: s/ Lee A. Weiss
Lee A. Weiss (*pro hac vice* app. pending)
Rebecca Tingey (*pro hac vice* app. pending)
49 West 37th Street, 15th Floor
New York, New York 10018
Phone: (212) 354-4901
Fax:    (212) 354-4904

Eric M. George, Esq.
Marcy Railsback, Esq.
Michael A. Bowse, Esq.
**BROWNE WOODS GEORGE LLP**
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Phone: (310) 274-7100
Fax:    (310) 275-5697

David M. Arbogast, Esq.
Jeffrey K. Berns, Esq.
**ARBOGAST & BERNS LLP**
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

Attorneys for Plaintiffs and all others similarly situated



IT IS SO ORDERED
Judge Phyllis J. Hamilton

12/15/09