**BROWNE WOODS GEORGE LLP**
Eric M. George (SBN 166403)
egeorge@bwgfirm.com
Marcy Railsback (SBN 82918)
mrailsback@bwgfirm.com
Michael A. Bowse (SBN 189659)
mbowse@bwgfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067
Phone: (310) 274-7100
Fax:    (310) 275-5697

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@bwgfirm.com
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@bwgfirm.com
49 West 37th Street, 15th Floor
New York, NY 10018
Phone: (212) 354-4901
Fax:    (212) 354-4904

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| VIRGIL A. BAKER; CHARLES B. LOWERY and ELIZABETE LOWERY; and ELLANORE and DAVID LARGENT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AEGIS WHOLESALE CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC; COUNTRYWIDE HOME LOANS, INC. and DOES 3 through 100 inclusive,<br><br>Defendants. | CASE NO. 4:09-cv-05280-PJH<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court having considered the parties' Joint Stipulation to Continue Case Management Conference, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Case Management Conference currently scheduled for April 1, 2010 shall be continued until after the Court has ruled on Defendants' anticipated motions to dismiss the fourth amended complaint.

IT IS FURTHER ORDERED that:

If the Court sustains any of the claims in the fourth amended complaint, the parties shall contact the Court within seven days of that ruling to set a date for the Case Management Conference.

IT IS SO ORDERED.

Dated: 3/8/10

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

