1  BROOKS R. BROWN (SBN 250724)
   *bbrown@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   10250 Constellation Blvd.
3  Los Angeles, California 90067
   Tel.: 310.788.5100
4  Fax: 310.286.0992

5  ROBERT B. BADER (SBN 233165)
   *rbader@goodwinprocter.com*
6  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
7  San Francisco, California 94111
   Tel.: 415.733.6000
8  Fax: 415.677.9041

9  Attorneys for Defendant:
   *Countrywide Home Loans, Inc.*
10
   *[ADDITIONAL COUNSEL LISTED ON*
11 *SIGNATURE PAGE]*

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                    **OAKLAND DIVISION**
15

| | |
|---|---|
| 16 VIRGIL A. BAKER; CHARLES B. LOWERY and ELIZABETE LOWERY; and ELLANORE 17 and DAVID LARGENT, individually and on behalf of all others similarly situated, 18           Plaintiffs, 19      v. 20 AEGIS WHOLESALE CORPORATION; 21 RESIDENTIAL FUNDING COMPANY, LLC; COUNTRYWIDE HOME LOANS, 22 INC., and DOES 3 through 100 inclusive,          Defendants. | Case No. 4:09-cv-05280-PJH **[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS RESIDENTIAL FUNDING COMPANY, LLC AND COUNTRYWIDE HOME LOANS, INC. TO ANSWER FOURTH AMENDED COMPLAINT** Judge:       Hon. Phyllis J. Hamilton Current Deadline:   August 4, 2010 Proposed Deadline: August 25, 2010 Filed/Lodged herewith: 1.   [Proposed] Order |

**ORDER EXTENDING DEFENDANTS' TIME TO ANSWER FOURTH AMENDED COMPLAINT – CASE NO. 09-CV-05280 PJH**

1  **[PROPOSED] ORDER**

2  Upon consideration of the Joint Stipulation Extending Time For Defendants Residential
3  Funding Company, LLC and Countrywide Home Loans, Inc. to Answer Fourth Amended
4  Complaint, and for good cause having been shown, IT IS HEREBY ORDERED THAT defendants
5  Residential Funding Company, LLC and Countrywide Home Loans, Inc. shall have up to and
6  including August 25, 2010 to answer the Fourth Amended Complaint.

7  **IT IS SO ORDERED.**

9  Dated: __August 6_____, 2010     _____
10                                        HON. PHYLLIS J. HAMILTON
                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 30, 2010.

/s/ Robert B. Bader
Robert B. Bader