BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
**GOODWIN PROCTER LLP**
10250 Constellation Blvd.
Los Angeles, California 90067
Tel.: 310.788.5100
Fax: 310.286.0992

ROBERT B. BADER (SBN 233165)
rbader@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant:
*Countrywide Home Loans, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIRGIL A. BAKER; CHARLES B. LOWERY and ELIZABETE LOWERY; and ELLANORE and DAVID LARGENT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AEGIS WHOLESALE CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC; COUNTRWIDE HOME LOANS, INC. and DOES 3 through 100 inclusive,<br><br>Defendants. | Case No.:  4:09-CV-05280-PJH<br><br>**SECOND STIPULATION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>**[Local Rule 6-1]** |

Pursuant to Local Rule 6-1, plaintiffs Virgil A. Baker, Charles B. and Elizabete Lowery, and Ellanore and David Largent (collectively, "Plaintiffs"), and defendants Residential Funding Company, LLC ("RFC") and Countrywide Home Loans, Inc. ("CHL") (collectively, "Defendants," and together with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, the Court entered an order on July 21, 2010, granting in part and denying in part Defendants' motions to dismiss Plaintiffs' Fourth Amended Complaint ("FAC") (Doc. No. 54);

WHEREAS, pursuant to the Parties' July 30, 2010 stipulation (Doc No. 57), Defendants' deadline to answer Plaintiffs' FAC currently is August 25, 2010;

WHEREAS, RFC asked, and Plaintiffs agreed, to extend RFC's time to answer the FAC to September 1, 2010;

WHEREAS, in the interests of efficiency, CHL also asked, and Plaintiffs agreed, to extend CHL's time to answer the FAC to September 1, 2010;

WHEREAS, Local Rule 6-1(a) of the United States District Court for the Northern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court;

WHEREAS, no party will be prejudiced by this extension of time;

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants, on the other, through their respective counsel of record herein, that Defendants may have a one-week extension, to and including September 1, 2010, to answer Plaintiffs' FAC.

IT IS SO STIPULATED

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 25, 2010 | SEVERSON & WERSON<br>A Professional Corporation |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Erik Kemp<br>Erik Kemp |
| 6 | | |
| 7 | | Attorneys for Defendant<br>RESIDENTIAL FUNDING COMPANY, LLC |
| 8 | DATED: August 25, 2010 | GOODWIN PROCTER LLP |
| 9 | | |
| 10 | | By: /s/ Robert B. Bader |
| 11 | | Robert B. Bader |
| 12 | | Attorneys for Defendant |
| 13 | | COUNTRYWIDE HOME LOANS, INC. |
| 14 | DATED: August 25, 2010 | BROWNE WOODS GEORGE LLP |
| 15 | | |
| 16 | | By: /s/ Lee A. Weiss |
| 17 | | Lee A. Weiss |
| 18 | | Attorneys for Plaintiffs |
| 19 | | VIRGIL A. BAKER; CHARLES B. LOWERY<br>and ELIZABETE LOWERY; and ELLANORE<br>and DAVID LARGENT |

8/30/10

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 4 -

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: August 25, 2010                              GOODWIN PROCTER LLP


                                                    By: /s/ Robert B. Bader

                                                    Attorneys for Defendant
                                                    COUNTRYWIDE HOME LOANS, INC.

- 5 -

## PROOF OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 25, 2010.

/s/ Robert B. Bader
Robert B. Bader