**BROWNE WOODS GEORGE LLP**
Eric M. George (SBN 166403)
egeorge@bwgfirm.com
Michael A. Bowse (SBN 189659)
mbowse@bwgfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067
Tel 310.274.7100 -- Fax 310.275.5697

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
626 RXR Plaza
Uniondale, NY 11556
Tel 516.222.2900 -- Fax 516.977.0263

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367-2263
Tel  818.961.2000 - Fax 818.936.0232

[Additional Counsel on Signature Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| VIRGIL A. BAKER, CHARLES B. LOWERY, ELIZABETE LOWERY, ELLANORE LARGENT and DAVID LARGENT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS WHOLESALE CORPORATION, RESIDENTIAL FUNDING COMPANY, LLC, COUNTRYWIDE HOME LOANS, INC., and DOES 3 through 19 inclusive,<br><br>Defendants | Case No.. 4:09-cv-05280-PJH<br><br>[~~PROPOSED~~] ORDER TO CONTINUE CLASS CERTIFICATION HEARING<br><br>AND BRIEFING DATES AS MODIFIED BY THE COURT |

275985_1.DOC

1

1  The Court having considered the parties' Joint Stipulation to Continue Class
2  Certification Hearing, and good cause appearing therefore,
3      IT IS HEREBY ORDERED that:
4      The hearing on the motion for class certification currently scheduled for
5  May 25, 2011 at 9:00 a.m. shall be continued to November 16, 2011 at 9:00 a.m.
6      IT IS SO ORDERED.  The class certification motion shall be filed by September 7, 2011, opposition shall be filed by October 5, 2011 and reply shall be filed by October 26, 2011.

Dated: __April 5_____, 2011

_____
Honorable Phyllis J. Hamilton United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: United States District Court, Northern District of California)

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, California 90067.

On April 1, 2011, I served the foregoing document described as: **[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING** on the parties in this action by serving:

**SEE ATTACHED SERVICE LIST**

☐ **By Envelope** - by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

☐ **By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Federal Express:** I caused the envelope(s) to be delivered to the Federal Express office at 2121 Avenue of the Stars, Los Angeles, California 90067, on _____, for delivery on the next-business-day basis to the offices of the addressee(s).

☒ **By E-Mail Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on April 1, 2011, at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Ana Porcellino
PRINT NAME                                              SIGNATURE

275985_1.DOC                                1

[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING

# SERVICE LIST

**GOODWIN PROCTER LLP**
Brooks R. Brown (SBN 250724)
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Telephone:  (213)426-2500
Facsimile:   (213)623-1673
bbrown@goodwinprocter.com

Attorneys for Defendant
*Countrywide Home Loans, Inc.*

**GOODWIN PROCTER LLP**
Robert B. Bader (SNB 233165)
Three Embarcadero Center, 24th Floor
San Francisco, CA  94111
Telephone:  (415)733-6000
Facsimile:   (415)677-9041
rbader@goodwinprocter.com

Attorneys for Defendant
*Countrywide Home Loans, Inc.*

**SEVERSON & WERSON**
Regina J. McClendon (SBN 184669)
One Embarcadero Center, Suite 260
San Francisco, California  94111
Telephone:  (415)398-3344
Facsimile:   (415)956-0439
rjm@severson.com

Attorneys for Defendant
*Residential Funding Company, LLC*