1  BROOKS R. BROWN (SBN 250724)
   *bbrown@goodwinprocter.com*
2  STEVEN A. ELLIS (SBN 171742)
   *sellis@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
4  Los Angeles, California  90017
   Tel.:  213.426.2500
5  Fax:  213.623-1673

6  ROBERT B. BADER (SBN 233165)
   *rbader@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
8  San Francisco, California  94111
   Tel.:  415.733.6000
9  Fax:  415.677.9041

10 Attorneys for Defendant:
   *Countrywide Home Loans, Inc.*

11 [Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| VIRGIL A. BAKER, CHARLES B. LOWERY, ELIZABETE LOWERY, ELLANORE LARGENT and DAVID LARGENT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS WHOLESALE CORPORATION, RESIDENTIAL FUNDING COMPANY, LLC, COUNTRYWIDE HOME LOANS, INC., and DOES 3 through 19 inclusive,<br><br>Defendants. | Case No. 4:09-cv-05280-PJH<br><br>**JOINT STIPULATION AND ORDER RE: ADJOURNING CASE DEADLINES; [PROPOSED] ORDER**<br><br>Judge:  Hon. Phyllis J. Hamilton |

JOINT STIPULATION AND ORDER RE: ADJOURNING CASE DEADLINES
Case No. 4:09-cv-05280-PJH

### JOINT STIPULATION AND ORDER RE: ADJOURNING CASE DEADLINES

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs Virgil A. Baker, Charles B. Lowery, Elizabete Lowery, Ellanore Largent and David Largent ("Plaintiffs"), and defendants named as "Countrywide Home Loans, Inc." ("CHL") and "Residential Funding Company, LLC" ("RFC") (collectively, "Defendants," and together, with Plaintiffs, the "Parties") hereby jointly stipulate and request that this Court adjourn the class certification briefing deadlines and hearing in this case pending the outcome of settlement discussions and the hearing of a class certification motion in a similar case that may impact a portion of Plaintiffs' claims in this action.  In support of this Joint Stipulation, the Parties state as follows:

1. This is a putative class action brought by Plaintiffs against Defendants, asserting claims for fraudulent omissions and violation of the UCL in connection with payment option loans made by Aegis Wholesale Corporation ("Aegis") that were later purchased by CHL and/or RFC.

2. By Order dated April 5, 2011 ("Order") (Dkt. No. 82), this Court set September 7, 2011 as the deadline for Plaintiffs' class certification motion, October 5, 2011 as the deadline for Defendants' oppositions, October 26, 2011 as the deadline for Plaintiffs' reply submissions and November 16, 2011 as the date for the hearing on Plaintiff's class certification motion.

3. This case is one of several pending putative class actions brought by Plaintiffs' counsel asserting the same claims and legal theories for recovery in the California state and federal courts against various defendants, including Countrywide.  *See Amparan v. Plaza Home Mortg., Inc.*, No. 5:07-cv-04498-JF (PSG) (N.D. Cal.); *Love v. First Mortgage Corp.*, No. G044630 (Cal. Court of Appeal); *Ralston v. Mortgage Investors Group, Inc.*, No. Case No. 08-CV-00536 JF (PVT) (N.D. Cal.); *Rohrmann v. First Metropolitan Funding Corp.*, No. SACV 08-0313 AG (CTx) (C.D. Cal.); *Romero v. Countrywide Home Loans, Inc.*, No. 5:07-cv-04491-JF (N.D. Cal.); *Thibault v. American Mortgage Network, Inc.*, No. H036620 (Cal. Court of Appeal).

4. In *Ralston*, plaintiff filed his class certification motion on May 20, 2011, seeking to certify a class of more than 168,000 borrowers who obtained payment option loans from more than 1,200 correspondent lenders (including Aegis) that were later purchased by CHL (including

the loans made by Aegis to Plaintiffs that are the subject of this action).  The hearing on the motion was scheduled for July 29, 2011.

5. Because the class that plaintiff in *Ralston* seeks to certify encompasses the Aegis loans purchased by CHL, the parties previously agreed to adjourn the class certification deadlines and hearing in this case, as the *Ralston* class could potentially include those loans and the claims asserted against CHL in this action.  This Court approved that stipulation by Order dated June 6, 2011 (Dkt. No. 254).

6. Thereafter, the parties in *Ralston* agreed to explore a potential resolution of the matter with the assistance of a third-party mediator, and conducted their first mediation session on August 2, 2011.  In light of the pending mediation, the parties in *Ralston* jointly requested that this Court (Fogel, J.) extend the pending class certification briefing and hearing deadlines.

7. As the August 2, 2011 mediation did not lead to a resolution of *Ralston*, the parties in that case are proceeding with the remainder of class certification briefing and a hearing of the class certification motion is set for October 14, 2011.  In light of the continuance of the class certification hearing in *Ralston* to allow for settlement discussions, and because of the potential overlap between *Ralston* and this case, the Parties respectfully request that this Court (a) adjourn the class certification briefing and hearing date, including the September 7, 2011 deadline for Plaintiffs' class certification motion, the October 5, 2011 deadline for Defendants' oppositions, the October 26, 2011 deadline for Plaintiffs' reply submissions and the November 16, 2011 class certification hearing date; and (b) set a new schedule providing for a December 22, 2011 deadline for Plaintiffs' class certification motion, a January 31, 2012 deadline for Defendants' oppositions, a February 28, 2012 deadline for Plaintiffs' replies and a March 14, 2012 class certification hearing date, subject to the Court's availability.

8. The Parties respectfully submit that there is good cause for this joint request.  The requested adjournment will conserve the Parties' and this Court's resources and avoid the potentially unnecessary expenditure of attorneys' fees and other litigation costs while the parties in *Ralston* litigate the class certification motion in that case and explore the possibility of a

settlement. *See* Fed. R. Civ. P. 1 (federal rules "should be construed and administered to secure the just, speed, and inexpensive determination of every action and proceeding").

9. No party will be prejudiced by the requested temporary suspension.

10. There has been one prior extension or adjustment of the deadlines set forth in the Order, as set forth above.

WHEREFORE, for all the foregoing reasons, the Parties jointly request that this Court (a) temporarily adjourn the class certification briefing and other deadlines, including the September 7, 2011 deadline for Plaintiffs' class certification motion, the October 5, 2011 deadline for Defendants' oppositions, the October 26, 2011 deadline for Plaintiffs' reply submissions and the November 16, 2011 class certification hearing date; and (b) set a new schedule providing for a December 22, 2011 deadline for Plaintiffs' class certification motion, a January 31, 2012 deadline for Defendants' oppositions, a February 28, 2012 deadline for Plaintiffs' replies and a ~~February~~ March 14, 2012 class certification hearing date.

Dated: August 8, 2011                  /s/ Lee A. Weiss
                                       Lee A. Weiss
                                       lweiss@bwgfirm.com
                                       BROWNE WOODS GEORGE LLP
                                       626 RXR Plaza
                                       Uniondale, NY 11556

                                       Michael A. Bowse
                                       mbowse@bwgfirm.com
                                       BROWNE WOODS GEORGE LLP
                                       2121 Avenue of the Stars, Suite 2400
                                       Los Angeles, CA 90067

                                       David M. Arbogast
                                       darbogast@law111.com
                                       Jeffrey K. Berns
                                       jberns@law111.com
                                       ARBOGAST & BERNS LLP
                                       6303 Owensmouth Ave., 10th Floor
                                       Woodland Hills, CA 91367-2263

                                       Attorneys for Plaintiffs *Virgil A. Baker, Charles B. Lowery, Elizabete Lowery, Ellanore Largent and David Largent and the Proposed Class*

| | | |
|---|---|---|
| 1 | Dated: August 8, 2011 | /s/ Brooks R. Brown |
| | | Brooks R. Brown |
| 2 | | *bbrown@goodwinprocter.com* |
| | | Steven A. Ellis |
| 3 | | *sellis@goodwinprocter.com* |
| | | GOODWIN PROCTER LLP |
| 4 | | 601 S. Figueroa Street, 41st Floor |
| | | Los Angeles, CA  90017 |
| 5 | | Tel.:  (213) 426-2500 |
| | | Fax:   (213) 623-1673 |

Robert B. Bader
*rbader@goodwinprocter.com*
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendant
*Countrywide Home Loans, Inc.*

Dated:  August 8, 2011        /s/ Regina J. McClendon
Erik W. Kemp
*ek@severson.com*
SEVERSON & WERSON
One Embarcadero Center, Suite 260
San Francisco, California  94111
Tel.: 415.398.3344
Fax: 415.956.0439

Attorneys for Defendant
*Residential Funding Company, LLC*

— 4 —
JOINT STIPULATION AND ORDER RE: ADJOURNING CASE DEADLINES
Case No. 4:09-cv-05280-PJH

## ORDER

Upon consideration of the Parties' Stipulation and having good cause therefore, **IT IS HEREBY ORDERED** that (a) the existing class certification deadlines and hearing date in the case are adjourned; and (b) the new class certification briefing schedule and hearing date are as follows:  Plaintiffs shall file their class certification motion by December 22, 2011, Defendants' shall file their opposition submissions to the motion by January 31, 2012, Plaintiffs' shall file their reply submissions in further support of the motion by February 28, 2012, and the class certification hearing will be held at 9:00 A.M. on March 14, 2012.

**IT IS ORDERED.**

Dated: __August 9_____, 2011        _____
                                      HON. PHYLLIS J. HAMILTON
                                      United States District Judge



*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: August 8, 2011

GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017


By: /s/ Brooks R. Brown

Attorneys for Defendant:
*Countrywide Home Loans, Inc.*

1 **PROOF OF SERVICE**

2 I certify that this document filed through the ECF system will be sent electronically to the

3 registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will

4 be sent to those indicated as non registered participants on this August 8, 2011.

5          /s/ Brooks R. Brown
              Brooks R. Brown