| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
| | *bbrown@goodwinprocter.com* |
| 2 | STEVEN A. ELLIS (SBN 171742) |
| | *sellis@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER LLP** |
| | 601 S. Figueroa St., 41st Fl. |
| 4 | Los Angeles, California 90017 |
| | Tel.: 213.426.2500 |
| 5 | Fax: 213.623.1673 |
| 6 | ROBERT B. BADER (SBN 233165) |
| | *rbader@goodwinprocter.com* |
| 7 | **GOODWIN PROCTER LLP** |
| | Three Embarcadero Center, 24th Floor |
| 8 | San Francisco, California 94111 |
| | Tel.: 415.733.6000 |
| 9 | Fax: 415.677.9041 |
| 10 | Attorneys for Defendant: |
| | *Countrywide Home Loans, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| VIRGIL A. BAKER; CHARLES B. LOWERY and ELIZABETE LOWERY; and ELLANORE and DAVID LARGENT, individually and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>AEGIS WHOLESALE CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC; COUNTRYWIDE HOME LOANS, INC., and DOES 3 through 100 inclusive, <br><br>Defendants. | Case No. 4:09-CV-05280-PJH <br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br>Courtroom: #3 (Oakland) <br>Judge: Hon. Phyllis J. Hamilton |

1   Pursuant to Federal Rule of Civil Procedure 41(a), and upon consideration of the
2   Stipulation of Dismissal without Prejudice filed by Plaintiffs Ellanore and David Largent
3   (collectively "Plaintiffs") and Defendant Countrywide Home Loans, Inc. ("Countrywide"), all
4   claims against Countrywide in this action are hereby dismissed without prejudice and without
5   costs or attorney's fees as to any party.

6   **IT IS SO ORDERED.**

7
8   Dated:  March 20           , 2012
9                                                HON.                    HAMILTON
                                                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

1

[Proposed] ORDER Granting
Stipulation of Dismissal Without Prejudice                      Case No. 4:09-CV-05280-PJH

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 16, 2012.

/s/ Brooks R. Brown
Brooks R. Brown